<u>Court of Criminal Appeals</u>
<u>Trial cause # W76-01630-A</u>
<u>Writ # 40-336-06</u>

40,336-06
MOTION DENIED
DATE: 4-24-15
BY: P.C

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

<u>Re: Jimmy Johnson T.A.C # 727145</u>

<u>Amended Motion to File For Rehearing</u>
<u>under Rule 73.1(d) to Rule 73.2</u>

To the Honorable Judge of Said Court:

The Applicant Jimmy Johnson argue and offer into evidence an objection against dismissing application for writ of Habeas Corpus without written order for Non Compliance with <u>Rule 73.1</u> because the Applicant has exceeded the two Pages Allowed For each Ground For Relief and supporting facts was Abuse of discretion when the Clerk of the convicting Court Failed to withdraw an Application that is not on the Form Prescribed By Court of Criminal Appeals, and should have Return the Application to the Person who Filed it, with a Copy of the official Form. The Clerk of the Court of Criminal Appeals may, without filing an Application that does not Comply with this Rule, Return it to the Clerk of Convicting Court, with a Notation of the defect, And the Clerk of the convicting Court should Return the Application to the Person who File it, with a Copy of the official Form See <u>Rule 73.1</u>

(1)

And Rule 73.2 when the court have denied relief Based upon its own Review of the Application or may issue such other instructions or order as may be Appropriate in this Motion to File For A Stay, Motion to Extension of time For Reconsideration in Rule 10.5 (b) and Motion For Rehearing because Mandamus Relief is Available when Applicant Establish that he has no other Adequate Legal Remedy of law, and Act I seek to Compel is ministerial and not discretionary in Nature on Request For Finding of Facts and Conclusion of law And Appointed Counsel under Article 11.07 § 3(d) and 26.05 because I Am indigent And Also disable At the Age of 70 Years old For disposition Related to merits on All other claims.

4-14-2015
Date

Jimmy Johnson
Applicant Signature

## Certificate of Service Rule 9.5
## Rule 2 Suspension of Rules

The Applicant Jimmy Johnson verify the Statement made in this Amended Affidavit of inAbility to Pay Court Costs and initial Filing fees without PrePayment of fees to File Motion For Rehearing under Rule 73.1 (a) And Rule 73.2 is true And Correct under the Penalty of Perjury see 28 U.S.C § 1746 For Purpose of Mailbox Rule 4 (c) 1,2,3,(d) For the original and copies of Records in Rule 9.3 (b) And Rule 52.7 For Service in Rule 34.5 (c)(1), Rule 34.6 (c)(4) And 35.3 (b)(3) with Local Rule 10,11,12 (c) And Benefits.

(2)